## 9851.  OSTERHOLTZ v. THE STATE.

BLOODWORTH, J. The accused was tried by the judge without the inter-
vention of a jury. There was sufficient evidence to sustain the con-
viction, and this court will not interfere with the discretion of the
trial judge in overruling the motion for new trial, which was based on
general grounds only.

    *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
      DECIDED OCTOBER 14, 1918.

Accusation of unlawful possession of liquor; from city court of
Savannah—Judge Rourke. April 20, 1918.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.

## 9863.  RACHELS v. THE STATE.

BLOODWORTH, J.  1. There is no merit in the grounds of the motion for
new trial based on alleged newly discovered evidence. They show that
the defendant knew of this evidence before the trial, and that there was
a lack of diligence on his part to procure the same. *Burgess* v. *State,*
93 *Ga.* 304 (20 S. E. 331); *Watkins* v. *State,* 18 *Ga. App.* 60 (3), 61
(88 S. E. 1000).

2. There was sufficient evidence to support the finding of guilty by the
trial judge, who presided without a jury.

    *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
      DECIDED OCTOBER 14, 1918.

Accusation of larceny; from city court of Macon—Judge Guerry.
May 23, 1918.

*S. B. Hunter,* for plaintiff in error.  *Will Gunn, solicitor,* contra.